IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SMITH,

   Petitioner,

    v.

J. A. KELLER
WARDEN, USP ATLANTA,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-2450-TWT

ORDER

This is a pro se habeas corpus action by a federal prisoner challenging his sentence as a career offender. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action pursuant to 28 U. S. C. § 2255(e). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of September, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Smith\11cv2450\r&r.wpd